# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Gray 2007 Totyota Corolla (Texas License TVV7007) | )<br>)<br>)<br>)<br>)<br>)   Case No.    25-mj-05655 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated herein.

located in the _____Southern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(1) | Unlicensed firearms and ammunition dealing |
| 10 USC 890, 892 | UCMJ Violations: Willfully disobeying superior officer; failure to obey lawful order |
| 18 USC 7, 13 | Assimilated violations of California Penal Code |

The application is based on these facts:

See attached affidavit, incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____*Scott Henderson*_____
*Applicant's signature*

_____Scott Henderson, NCIS Investigator_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____Oct. 17, 2025_____

_____*Daniel C. Butcher*_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**

**APPLICATION FOR SEARCH WARRANT FOR RESIDENCE AND VEHICLE**

I, Scott Henderson, being duly sworn, declare and state:

**INTRODUCTION**

1.     I make this affidavit in support of an application for a warrant to search a vehicle, namely a gray in color, 2007 Toyota Corolla, Texas Plates (TVV7007) (the "**Target Vehicle**"), as described in Attachment A (incorporated herein), to seize items identified in Attachment B (incorporated herein).

2.     Based on the facts set forth herein, I submit there is probable cause to believe that evidence, fruits, and instrumentalities, as more fully described in Attachment B, of violations of Title 18, United States Code, Section 922(a)(1) (unlicensed firearms and ammunition dealing), and Title 10, United States Code, Sections 890 (Article 90 of the Uniform Code of Military Justice ("UCMJ")—Willfully disobeying superior commissioned officer) and 892 (Article 92, UCMJ—Failure to obey a lawful general order, namely regulations regarding proper storage and transportation of firearms and weapons on a Naval Installation); and California Penal Codes 27560 (firearms are required to be registered within 60 days in California), 33410 (possessing a suppressor in California), and 30605 (possessing a pistol with a threaded barrel in California), as assimilated pursuant to 18 U.S.C. §§ 7, 13 (collectively "Target Offenses") will be found in the **Target Vehicle**.

3.     The information contained in this affidavit is based upon my training, experience, investigation, and consultation with other members of law enforcement. Because this affidavit is made for the limited purpose of obtaining a search warrant for the Target Vehicle, it does not contain all the information known by me or other agents regarding this investigation. All dates and times described are approximate.

## EXPERIENCE AND TRAINING

4.     I am an Investigator with the Naval Criminal Investigative Service (NCIS), and have been so employed since November 2024. I am currently assigned to the Special Operations Unit at NCISRA San Diego, California. As an NCIS Investigator, my duties include but are not limited to investigating crimes aboard Naval installations, aircraft or vessels, committed by or against Navy or Marine Corps military personnel or civilian employees, or otherwise involving Department of the Navy assets, personnel, or facilities. These investigations could also include civilian perpetrators who commit crimes against or involving the Department of the Navy or its assets. I also coordinate the newly identified parcel interdiction initiative. This initiative focuses on parcel interdiction operations throughout the United States. Utilizing confidential source intelligence, I manage real time information being sent to other law enforcement groups in the attempt to intercept and interdict drug laden packages. These operations have been successful in seizing large amounts of fentanyl, cocaine, methamphetamine and marijuana.

5.     I am also federally cross-sworn as a Drug Enforcement Administration (DEA) Task Force Officer (TFO) with the DEA San Diego Field Division. As such, I am an "Investigative or Law Enforcement Officer" within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

6.     As a DEA TFO, I am tasked with responding to and investigating fatal overdose cases primarily involving fentanyl. My team at DEA also focuses on narcotic dealers that are facilitating the sales of fentanyl that are related to the overdose deaths we investigate. I have received training and have experience in all aspects of conducting criminal investigations, to include but not limited to interviews of victims, witnesses,

1    and accused; the application for and execution of search warrants; exploitation of

2    electronic devices, and crime scene examinations.

3    7.    Prior to becoming an Investigator, I was most recently employed by the San

4    Diego Police Department (SDPD) as a Detective for approximately 26 years. I attended

5    a 6-month basic police officer academy in San Diego, California. Periods of instruction

6    that were provided included but were not limited to, basic crime scene management,

7    narcotic identification, basic interview techniques, firearms and tactics. During my

8    tenure with the SDPD was worked street patrol where my responsibilities included basic

9    investigation in incidents of domestic violence, armed robbery, initial scene control for

10   homicides, gang related shootings, field interviews and other patrol-based operations.

11   When promoted to Detective at the SDPD, I was assigned to the Vice Operations Unit,

12   where my responsibilities included investigating street prostitution, human trafficking,

13   adult related establishment checks, undercover operations and covert surveillance

14   operations. I also was assigned to the SDPD Narcotic Unit for 5 years where my

15   responsibilities included but were not limited to working in an undercover capacity to

16   purchase illegal narcotics and firearms. I also coordinated covert surveillance operations

17   and managed multiple Confidential Sources (CS) while assigned to the Narcotics Unit.

18   I became familiar with certain tactics and vernacular used to both traffickers and users

19   of narcotics. I further was assigned to the SDPD Street Gang Unit as a Detective for 2

20   years. While assigned to that unit, I also managed various criminal confidential sources

21   who provided information related to criminal sophistication and tactics. I investigated

22   incidents of gang violence throughout San Diego to include, armed robberies, drive by

23   shootings, kidnappings and homicides.

24   8.    I was further transferred to the Drug Enforcement Administration, San

25   Diego Integrated Narcotic Task Force (NTF) where I was assigned as a Task Force

26   Officer. I was so assigned to NTF for approximately 10 years until my retirement in

27   November 2024. During my tenure with NTF, I was the case agent and affiant on

numerous Title III wiretap operations which focused on narcotic investigations along with border violence cases. I also managed numerous confidential sources and was provided an insight and learned about tactics used by various criminal organizations that operated under the guidance and protection of the various cartels in Mexico. I became familiar with criminal organizations that employed tactics that included kidnap squads, hit squads, narcotic trafficking groups and human smuggling groups. During my tenure with both SDPD and DEA, I have been qualified as a court expert in San Diego Superior Court in matters related to narcotic sales, narcotic trafficking along with being identified as a gang expert.

9.     In preparing this affidavit, I have conferred with other agents and law enforcement personnel who are experienced in the area of drug trafficking organizations. Further, I have personal knowledge of the following facts, or have had them related to me by persons mentioned in the affidavit. This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

10.     The following is based on my own investigation, oral and written reports by other law enforcement officers, physical and electronic surveillance, interviews, subpoenaed and public records, database checks, searches, phone analysis, and other investigations. Since this Affidavit is being submitted for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish the foundation for the requested warrant. Dates, times, and amounts are approximate.

## **JURISDICTION**

11.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by Title 18, United States Code, Section 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district

court of the United States . . . that has jurisdiction over the offense being investigated."

18 U.S.C. § 2711(3)(A)(i).

## STATEMENT OF PROBABLE CAUSE

9.     On October 7, 2025, two Naval Base Coronado Naval Security Forces patrol officers were conducting routine patrol onboard Naval Base Coronado in Parking Lot 4, a long-term lot in which Sailors who are underway onboard a ship can get a permit to park. The officers approached a parked gray 2007 Toyota Corolla, with Texas license plates, the **Target Vehicle**, which displayed expired registration and had no one inside. Records checks revealed that the **Target Vehicle** is registered to Gilberto Cotzijopi Perez, who was subsequently determined to be the father of an active-duty Navy Service member, Petty Officer Second Class Stephan Perez. Petty Officer Perez is attached to the USS Abraham Lincoln (CVN 72), an aircraft carrier that is stationed onboard Naval Base Coronado. At the time, the USS Abraham Lincoln (CVN 72) was underway and was not scheduled to return to Naval Base Coronado until October 9, 2025.

10.     The officers called for Coastal Pride Towing to have the **Target Vehicle** removed from base due to the expired registration. Per base instruction, the officers first conducted an inventory search of the **Target Vehicle** prior to towing. During that inventory search, officers discovered and seized the following items:

        a.     A loaded semi-automatic pistol Smith & Wesson Shield 9mm (S/N: SEC1343) with two (2) loaded magazines;

        b.     A Glock 19 9mm with a threaded barrel (S/N: CCSP773);

        c.     A Ruger AR-15 (S/N: 853-99579) with a scope and Surefire Suppressor (S/N: A51N64732);

        d.     Body Armor with magazine pouches and ballistic plates;

        e.     A machete;

    f.    A hatchet;

    g.    A K-Bar knife; and

    h.    Assorted ammunition, including four (4) loaded polymer 30 round 5.56mm magazines, two (2) loaded 20 round 5.56mm magazines, a 40-50 round 5.56mm extended magazine, several loaded Glock 9mm magazines, an extended Glock 9mm magazine, a box of 12-gauge buckshot shotgun shells, 45ACP hollow point rounds, 45ACP magazines, many 9mm and 5.56mm loose rounds.

11.    Record checks revealed that none of the above-listed firearms were registered in California, which is required by state law. Additionally, possession of the suppressor and the threaded barrel of the Glock 19 likely violate California law. Also, none of the inventoried weapons or gear were contained in secured lock boxes, cases, or bags. The presence of these firearms, especially within a vehicle, likely violates Navy regulations and instructions regarding the possession, transportation, and handling of personal firearms, ammunition, and weapons onboard Naval installations. An extensive records check was conducted related to the subject and possible firearms registered to him.

12.    Officers also found and seized from the **Target Vehicle** two cellphones, a Blackberry 9930 and an iPhone 4, both older models of the devices. Also, within the **Target Vehicle** was an expired Texas Driver's License, Passport, and Social Security Card belonging to Petty Officer Stephan Perez.

13.    All of the seized items were transferred to the Naval Security Forces Evidence Locker. But before the **Target Vehicle** was towed off base, not everything in the **Target Vehicle** was collected: according to the patrol officers who inventoried the vehicle, the car may still contain evidence of the Target Offenses including, but not limited to, a notebook, documents, and duct tape. The car was sealed with evidence tape,

put on police hold, and towed off base by Coastal Pride Towing to its lot, located at 3290 National Ave., San Diego, California 92113, within the Southern District of California.

14.     Further investigation revealed Petty Officer Perez made two trips to Mexico in May of 2025, traveling in the **Target Vehicle** on one of the trips. After checking with the Petty Officer Perez's command, it does not appear that Petty Officer Perez sought the proper approvals to make those international trips. Petty Officer Perez's command also recently denied his request to attend training to become a Navy Seal. The request was denied due to Petty Officer Perez's substandard work performance. At the time, Petty Officer Perez was assigned to the ship's security department. His command reported that, after his request to attend Navy Seal training was denied, his negative reaction and expressions of suicidal ideation led the command to suspend his certification to possess firearms in his official duty capacity.

15.     Based on the foregoing, I believe that Petty Officer PEREZ was using the **Target Vehicle** in connection with the Target Offenses, and that evidence, fruits, and instrumentalities thereof—namely, items such as notebooks, documents, duct tape, and potentially other firearms or other contraband—remain within the **Target Vehicle** at this time.

## PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE

16.     Other than the on-base inventory search described above, there have been no prior attempts to obtain this evidence. Because the **Target Vehicle** is no longer on base, the Navy Installation Commander lacks authority to issue a command authorized search and seizure (CASS) to locate and seize the remaining items believed to be evidence of the Target Offenses.

## CONCLUSION

17.     Based on the foregoing, I submit there is probable cause to believe that the items identified in Attachment B constitute evidence, fruits, and instrumentalities of the

Target Offenses and will be found in the **Target Vehicle** to be searched, as identified in Attachment A.

*Scott Henderson*

Investigator Scott Henderson
Naval Criminal Investigative Services

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 17th day of October, 2025.

THE HONORABLE DANIEL E. BUTCHER
United States Magistrate Judge